UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN BASTING,

          Plaintiffs,

    v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

        Defendants.

Case No.  20-cv-05981-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 4/2/2021 at 3:00 PM.
Counsel *must* file a joint case management statement due by:  3/26/2021.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  12/18/2020.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 7/16/2021.

DESIGNATION OF EXPERTS: 8/16/2021; REBUTTAL: 8/31/2021;
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/24/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 10/15/2021;
      Opp. Due: 10/28/2021; Reply Due: 11/15/2021;
      and set for hearing no later than 11/19/2021 at 10:00 AM.

PRETRIAL PAPERWORK Due:  12/7/2021.

PRETRIAL CONFERENCE DATE: 12/21/2021 at 3:30 PM.

JURY TRIAL DATE IS 1/18/2022: at 8:30 AM.
      Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

MAGISTRATE JUDGE SETTLEMETN CONFERENCE completed by March 2021 or as soon thereafter as is convenient for the Judge.

United States District Court
Northern District of California

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: November 20, 2020

_____

SUSAN ILLSTON
United States District Judge