UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BASTING,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>        Defendant. | Case No. 20-cv-05981-SI<br><br>**JUDGMENT** |

Summary judgment in favor of defendant and against plaintiff on all claims has been filed. Final judgment in favor of defendants and against plaintiffs is entered accordingly.

**IT IS SO ORDERED**.

Dated: December 7, 2021

_____
SUSAN ILLSTON
United States District Judge